| | **LAW OFFICES OF** | (610) 832-8050 phone |
|---|---|---|
| 10,000 Lincoln Drive East | **RICHARD M. WIENER, LLC** | (610) 487-0300 fax |
| One Greentree Centre | | |
| Suite 201 | 161 Washington Street, Suite 400 | rwiener@wienerlegal.com |
| Marlton, NJ 08053 | Conshohocken, PA 19428 | |
| (877) 503-5228 | https://www.wienerlegal.com | |

December 10, 2024

**VIA CM/ECF**

Honorable Susan E. Schwab
United States District Court, Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

      Re:    **Arnez Reid v. Isaac Tritt,** *et al.*
              **Civil No. 1:24-cv-00985-SES**

Dear Judge Schwab:

      I represent the Plaintiff Arnez Reid in this Section 1983 case. By Order dated September 25, 2024 (ECF No. 16), this matter was stayed pending the resolution of Mr. Reid's underlying criminal case. I am writing to notify the Court that the criminal case has resolved. I have conferred with defense counsel David J. MacMain, Esq. and we jointly request that the stay be lifted and that case management deadlines be set.

                                                Respectfully,

                                                s/ Richard M. Wiener
                                                Richard M. Wiener, Esq.

cc:  David J. MacMain, Esq. (via CM/ECF)