UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNEZ L. REID, | : | CIVIL NO. 1:24-cv-00985 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| ISAAC TRITT, *et al.*, | : | |
| Defendants. | : | |

## ORDER
May 2, 2025

After a telephone conference with the parties and in accordance with the discussion at that conference, if the case has not been settled before then, **IT IS ORDERED** that on or before **June 20, 2025**, the plaintiff shall send a written settlement demand to the defendants along with a brief explanation for why such a settlement is appropriate.

**IT IS ALSO ORDERED** that within two weeks after receiving the plaintiff's written settlement demand, the defendants shall send a written offer to the plaintiff along with a brief explanation for why such a settlement is appropriate.

**IT IS FURTHER ORDERED** that on or before **July 11, 2025**, the parties shall file a joint report advising the court of the status of settlement discussions and whether they are amenable to mediation with a court-appointed mediator or a settlement conference with a Magistrate Judge.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
