

**David J. MacMain**
*Managing Partner*
dmacmain@macmainlaw.com
Direct: 484-318-7703

433 W. Market Street, Suite 200
West Chester, PA 19382

July 11, 2025

**Via CM/ECF**
Honorable Susan E. Schwab
United States District Court, Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

      Re:  *Reid v. Penbrook Borough, et al.*
            **U.S.D.C. for the Middle District of Pennsylvania**
            **Docket No. 24-00985**

Dear Judge Schwab:

Please accept this letter as the parties' joint report advising the court of the status of settlement discussions.

On June 17, Plaintiff informed Defendants that Plaintiff would accept $250,000.00 to fully resolve this matter. Focusing solely on the excessive force/failure to decontaminate and *Monell* claims, Plaintiff believes this demand is reasonable in light of the prolonged physical trauma experienced by Mr. Reid from the OC spray exposure and the allegedly inexcusable failure to promptly decontaminate.

On July 2, 2025, Defendants informed Plaintiff they would be rejecting Plaintiff's demand and not making any offer. Defendants believe there is no liability as Officers Tritt and Aquiler used appropriate force and acted promptly and properly to get Plaintiff medical attention. Defendants have not seen any evidence that they believe supports a *Monell* claim. Additionally, even if liability were found, Defendants believe the lack of any alleged concrete injuries besides the pain and suffering Plaintiff alleges from the day of the incident and the


Honorable Susan E. Schwab
July 11, 2025
Page 2 of 2

immediate aftermath means that $250,000 is far out of line with what a jury would award.

Given the current difference in their views of this case, Defendants do not believe that mediation with a court-appointed mediator or a settlement conference with a Magistrate Judge would be likely to result in settlement but are open to either. Plaintiff is more optimistic that these methods of resolution might be helpful and is also open to either mediation with a court-appointed mediator or a settlement conference.

Thank you.

Very truly yours,

David J. MacMain

DJM/scl

CC:   *(via CM/ECF)*
      Richard M. Wiener, Esquire

