UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNEZ REID, | : CIVIL NO. 1:24-cv-00985 |
| Plaintiff, | : |
| v. | : (Magistrate Judge Schwab) |
| ISAAC TRITT, *et al.*, | : |
| Defendants. | : |

### ORDER
July 18, 2025

Upon review of the parties' July 11, 2025 joint status report (*doc. 30*) and noting the divergent positions as to settlement at this time, **IT IS ORDERED** that after the close of fact discovery the parties shall meet and confer regarding settlement. **IT IS FURTHER ORDERED** that after the parties meet and confer, but on or before **September 29, 2025**, the parties shall file a joint report advising the court of the status of settlement discussions and whether they are amenable to mediation with a court-appointed mediator or a settlement conference with a Magistrate Judge.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge