

**David J. MacMain**
*Managing Partner*
dmacmain@macmainlaw.com
Direct: 484-318-7703

433 W. Market Street, Suite 200
West Chester, PA 19382

October 9, 2025

**<u>Via Electronic Case Filing</u>**
Honorable Susan E. Schwab
United States District Court, Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

      Re:   *Reid v. Penbrook Borough, et al.*
              **U.S.D.C. for the Middle District of Pennsylvania**
              <u>**Docket No. 24-00985**</u>

Dear Judge Schwab:

     I write regarding the upcoming Status Conference with Your Honor on November 7, 2025 at 10:00 am (ECF 33). I am attached to a trial on this date before the Honorable John Gallagher (Eastern District of Pennsylvania, Docket No. 23-cv-05138, *Bolder v Brecker*). Accordingly, I respectfully request the Status Conference be continued.

     My office contacted Plaintiff's counsel, Richard Wiener, regarding this scheduling conflict, and he does not oppose the request for a continuation. If more convenient for Your Honor, counsel can confer, and my office will contact Your Honor's chambers with alternate dates.

     Thank you in advance.

                                    Respectfully,

                                    David J. MacMain

Honorable Susan E. Schwab
October 9, 2025
Page 2 of 2

DJM/jml

CC:   *(via CM/ECF)*
       Richard M. Wiener, Esq.
       Matthew T. Strosser, Esq.