UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNEZ REID, | : | CIVIL NO. 1:24-cv-00985 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| ISAAC TRITT, *et al.*, | : | |
| Defendants. | : | |

## ORDER
October 22, 2025

Upon consideration of the defendants' counsel's letter requesting that the status conference previously scheduled for November 7, 2025, at 10:00 a.m. be rescheduled due to a scheduling conflict (*doc. 34*), **IT IS ORDERED** that the telephone status conference is **RESCHEDULED** to **November 17, 2025, at 1:00 p.m.** Counsel for the plaintiff shall initiate the call, ensuring that all parties are on the telephone line before contacting the court at (717) 221-3980.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge