UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNEZ REID, | : | CIVIL NO. 1:24-cv-00985 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| ISAAC TRITT, *et al.*, | : | |
| Defendants. | : | |

**ORDER**
November 18, 2025

In accordance with our discussion with the parties during a telephone conference and noting that the case has been referred to Chief Magistrate Judge Bloom for the purpose of conducting a settlement conference, **IT IS ORDERED** that all case management deadlines are **STAYED** until further order.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge