IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNEZ REID | : | Civil No. 1:24-CV-00985 |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | (Chief Mag. Judge. Bloom) |
| ISAAC TRITT, ET AL, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21ST day of November 2025, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the undersigned's chambers on <u>February 12, 2026, at 1:00 p.m.</u>, in the Sylvia H. Rambo U.S. Courthouse in Harrisburg, PA, 9th Floor. All counsel and named parties shall participate in the conference in-person. By <u>February 5, 2026</u>, the parties shall submit to the undersigned a brief, concise, and confidential settlement memorandum setting forth the parties' assessment of the case and settlement recommendations via email at: Magistrate_Judge_Bloom@pamd.uscourts.gov

In addition, by **February 1, 2026,** the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge