UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNEZ L. REID, | : | CIVIL NO. 1:24-cv-00985 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| ISAAC TRITT, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**
February 17, 2026

Upon notice to the court that the parties have settled this action, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge