# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNEZ L. REID, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : DOCKET NO. 24-00985 |
| ISAAC TRITT, ANTHONY AQUILER JOSEPH N. HOGARTH AND PENBROOK BOROUGH, | : |
| | : |
| Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that any and all claims in Plaintiff, Arnez L. Reid's Complaint against Defendants Isaac Tritt, Anthony Aquiler and Joseph N. Hogarth are hereby voluntarily dismissed with prejudice in their entirety. The parties hereby agree to bear their own costs and fees.

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

Dated: March 2, 2026      By:    <u>/s/ David J. MacMain</u>
                                                 David J. MacMain
                                                 Tricia M. Ambrose
                                                 Attorney I.D. No. 59320/200411
                                                 433 W. Market Street, Suite 200
                                                 West Chester, PA 19382
                                                 *Attorney for Defendants, Isaac Tritt, Anthony Aquiler and Joseph N. Hogarth and Penbrook Borough*


**LAW OFFICES OF
RICHARD WIENER**

Dated: March 2, 2026      By:    <u>/s/ Richard M. Wiener</u>
                                                 Richard M. Wiener
                                                 Attorney I.D. No. 68041
                                                 161 Washington Street, Suite 400
                                                 Conshohocken, PA 19428
                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 2nd day of March, 2026, the foregoing *Stipulation of Voluntary Dismissal* was filed electronically and is available for viewing and downloading from the United States District Court of the Middle District of Pennsylvania. The party below was served via electronic notification:

Richard M. Wiener, Esquire
Law Offices of Richard M. Wiener
161 Washington Street, Suite 400
Conshohocken, PA 19428
*Attorney for Plaintiff*

By: /s/ David J. MacMain
David J. MacMain
Tricia M. Ambrose
Attorney I.D. No. 59320/200411
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Isaac Tritt, Anthony Aquiler and Joseph N. Hogarth and Penbrook Borough*